**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Granvel E. WINDOM, Defendant–
Appellant.**

**No. 94–3351.**

United States Court of Appeals,
Seventh Circuit.

Sept. 17, 1996.

Before CUMMINGS, Circuit Judge,
CUDAHY, Circuit Judge, and
LEINENWEBER, District Judge.*

*ORDER*

The petition for rehearing is granted. However, the panel will dispose of the case without further oral argument or briefs.

The petition for rehearing en banc is denied.

* The Honorable Harry D. Leinenweber of the Northern District of Illinois is sitting by designa-